# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KRISTA TIMIKA WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00992-ALM-AGD |
| | § | |
| CITY OF ALLEN, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 24, 2026, the Report of the Magistrate Judge, (Dkt. #5), was entered containing proposed findings of fact and recommendation that Plaintiff's case be dismissed with prejudice as to Defendants Magistrate Michelle Montemayor and Prosecutor Lakesha Burks and dismissed without prejudice as to Defendant Leslie Underwood. The Report further recommended that service shall issue, as set forth in the Report (Dkt. #5 at p. 6), upon the adoption of the Report and Recommendation, should the District Court be so inclined.

On August 13, 2026, Plaintiff filed untimely objections (Dkt. #6). Given Plaintiff's *pro se* status, the Court has conducted a de novo review of Plaintiff's objections (Dkt. #6). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

Further, Plaintiff's objections refer to her non-consent and rejection of her case being considered by a Magistrate Judge without her consent (Dkt. #6). The instant case is assigned to

the undersigned, and this case is referred to the Magistrate Judge. *See* GENERAL ORDER No. 05-07 ("Pursuant to 28 U.S.C. § 636 and the local rules, it is hereby **ORDERED** that all pretrial matters in all pro se non-prisoner cases . . . are hereby referred to a magistrate judge that serves in the division where the case was filed."). Accordingly, Plaintiff's "non-consent and rejection" is of no consequence.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** as to Defendants Magistrate Michelle Montemayor and Prosecutor Lakesha Burks and **DISMISSED WITHOUT PREJUDICE** as to Defendant Leslie Underwood. It is further **ORDERED** that Plaintiff shall prepare service of process on Defendants City of Allen, Texas, Peace Office A. Winter, and Peace Officer R. Spradling in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Texas within thirty (30) days of receiving this Order. Then, the Clerk of the Court shall issue process and the United States Marshal shall serve process upon Defendants within thirty (30) days of receiving completed process from the Clerk of the Court.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE